Chief Judge David G Estudilllo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.O.M., *et al.,*

             Plaintiffs,

        v.

JOSEPH B EDLOW, *et al.*,

             Respondents.

No. 2:26-cv-01274-DGE
STIPULATED MOTION TO REMAND
AND DISMISS AND ORDER

Noted for Consideration:
 June 16, 2026

The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand/dismiss this case, as to Plaintiff Rebecca Araya, to United States Citizenship and Immigration Services ("USCIS") for adjudication of Petitioners' N-400s, Application for Naturalization. In support of this motion, USCIS agrees to schedule and complete Plaintiff Rebecca Araya's naturalization interview within 45 days of this order. USCIS further agrees to adjudicate Plaintiff Rebecca Araya's N-400 Application within 45 days of the completed interview date.

Accordingly, the parties stipulate, with regard to Plaintiff Rebecca Araya, that the case is dismissed without prejudice and with leave to refile, if necessary, and is remanded to USCIS to adjudicate her N-400 Application within the time stated above. The parties shall bear their own costs and fees.

Dated: June 12, 2026

STIPULATED MOTION TO REMAND AND DISMISS
 2:26-cv-01274-DGE       - 1

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-755-5651cell/206-624-3787office

Respectfully submitted,

*/s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com
*Attorney for Petitioner*

*I certify that this memorandum contains 125 words, in compliance with the Local Civil Rules.*

/s/ Kyle A. Forsyth
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov
*Attorney for Defendants*

STIPULATED MOTION TO REMAND AND DISMISS
 2:26-cv-01274-DGE          - 2

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-755-5651cell/206-624-3787office

## ORDER

IT IS HEREBY ORDERED that Plaintiff Rebecca Araya's case is remanded to USCIS and dismissed without prejudice and without an award of costs or fees to either party.  USCIS shall schedule and complete Plaintiff Rebecca Araya's naturalization interview/examination within 45 days of this order.  USCIS shall further adjudicate Plaintiff Rebecca Araya's N-400 Application to a decision within 45 days of the completed interview date.  This case shall remain pending as to Plaintiff A.O.M.

Dated this 16th day of June, 2026.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO REMAND AND DISMISS
 2:26-cv-01274-DGE          - 3

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-755-5651cell/206-624-3787office