Chief Judge David G Estudilllo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.O.M.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B EDLOW, *et al.*,<br><br>Respondents. | No. 2:26-cv-01274-DGE<br>STIPULATED MOTION TO REMAND AND DISMISS AND ORDER |

The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand/dismiss this case to United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiff A.O.M.'s N-400, Application for Naturalization. In support of this motion, USCIS agrees to schedule and complete Plaintiff's naturalization interview within 30 days of this order. USCIS further agrees to adjudicate Plaintiff's N-400 Application within 60 days of the completed interview date.

Accordingly, the parties stipulate that the case is dismissed without prejudice and with leave to refile, if necessary, and is remanded to USCIS to adjudicate Plaintiff A.O.M.'s N-400 Application within the time stated above. The parties shall bear their own costs and fees.

Dated: July 30, 2026



LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-755-5651cell/206-624-3787office

Respectfully submitted,

/s/ Bart Klein
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com
*Attorney for Petitioner*

*I certify that this memorandum contains 125 words, in compliance with the Local Civil Rules.*

/s/ Kyle A. Forsyth
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov
*Attorney for Defendants*

**ORDER**

IT IS HEREBY ORDERED that Plaintiff A.O.M.'s case is remanded to USCIS and dismissed without prejudice and without an award of costs or fees to either party. USCIS shall schedule and complete Plaintiff's naturalization interview/examination within 30 days of this order. USCIS shall further adjudicate Plaintiff A.O.M's N-400 Application to a decision within 60 days of the completed interview date.

Dated this 31st day of July, 2026.

David G. Estudillo
United States District Judge



LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-755-5651cell/206-624-3787office